John C. Hattendorf, appellant, v. Sophus Fred Westphalen, appellee. Gen. No. 28,515.

Judgment on note for defendant. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding.

Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Edwin D. Lawlor, for appellant. H. W. Auw and William J. Dillon, for appellee.

Mr. Justice Fitch delivered the opinion of the court.